John R. GAMMINO, Plaintiff–Appellant,

v.

DAVEL COMMUNICATIONS, INC., Defendant–Appellee.

No. 2008–1089.

United States Court of Appeals, Federal Circuit.

July 8, 2009.

W. Mark Mullineaux, Flamm, Boroff & Bacine, P.C., Blue Bell, PA, for Plaintiff–Appellant.

Richard Eric Gaum, Bret A. Hrivnak, William S. Nabors, Hahn Loeser & Parks LLP, Akron, OH, for Defendant–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).

MOAEC, INC., Plaintiff–Appellant,

v.

PANDORA MEDIA, INC., Defendant–Appellee,

and

J. River, Inc., Defendant–Appellee,

and

Napster, L.L.C., Defendant–Appellee.

No. 2009–1392.

United States Court of Appeals, Federal Circuit.

July 13, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).